William E. Hill, by Blanche H. Sikes, His Guardian ad Litem, and Others,
Appellants, v. Jacob I. Trenkle and Catherine Trenkle, Individually and

as Executors and Trustees, etc., of JACOB TRENKLE, Deceased, and Others, Respondents.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an action to recover possession of oil property.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.